I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/11/11

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
AUG 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA DHAROD,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES CITY COLLEGE (LACC), et al.,<br><br>    Defendants. | Case No. CV 11-3902-JST (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Complaint is dismissed without leave to amend; and (2) Judgment be entered dismissing this action with prejudice.

DATED: 8·10·11

JOSEPHINE S. TUCKER
UNITED STATES DISTRICT JUDGE