UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SHEILA DHAROD, | ) No. CV 11-03902-JLS (DFM) |
|---|---|
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| LOS ANGELES CITY COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 12, 2018

_____
JOSEPHINE L. STATON
United States District Judge